JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>            Plaintiff,<br><br>     v.<br><br>3531 POMONA BLVD, LLC, a California Limited Liability Company;<br>THE BAL CORPORATION, a California Corporation;<br>and Does 1-10,<br><br>            Defendants. | Case: 2:16-CV-01250-PA-JPR<br><br>**ORDER** |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 16, 2016   _____
                        HONORABLE PERCY ANDERSON
                        UNITED STATES DISTRICT COURT JUDGE

1